Belinda J. O'Rourke v. Board of Education.— Motion granted, with ten dollars costs.

Francis C. Presky v. The City of New York.— Motion granted, with ten dollars costs.

Kate Sheedee v. The City of New York.— Motion granted, with ten dollars costs.

Rudolph Werner v. Henry W. Shill.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. William J. Conway v. Edmund J. Butler.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Neville Dougherty v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. E. N. Dougherty v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Louis W. Finelli v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. M. S. Franghiadi v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. William Hirsch v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Louis Lichtenberg v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Lee J. Landis v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. M. Marcus v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. David McNeill v. F. J. Lantry.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. William Schneider v. Edmund J. Butler, etc.— Motion granted, with ten dollars costs.

Gussie Pullman v. Max M. Pullman.— Motion granted, with ten dollars costs.

Eleanor Renwick v. Harold S. Renwick.— Motion granted, with ten dollars costs.

In the Matter of Maynard N. Clement.— Motion granted, with ten dollars costs.

Ike Epstein v. Ludwig Zedikow.— Motion granted, with ten dollars costs.

Joseph Egan v. P. J. Carlin Construction Company.— Motion granted, with ten dollars costs.

John Mahoney v. The City of New York.— Motion denied.

William Ehrlich v. Lewis Realty, etc., Company.— Motion denied, with leave to renew as stated in order.

Philip Herrlich v. Samuel Hyman and Another.— Motion denied.

Joseph J. Manley v. Milliken Brothers.— Motion granted, with ten dollars costs.

Jacob Morrison and Another v. Isaac Slater and Others.— Motion denied, with ten dollars costs.

Solomon Lindenborn v. Lillian B. Vogel.— Application granted.  Order signed